UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## **APPEAL TRANSMITTAL SHEET**

**Case Number:**  25-50526                    BK◯ AP ⦿

If AP, related BK case number:  24-10140

**Title of Order Appealed:**  Order (Opinion also attached)

**Docket #:** 141; 140          **Date Entered:** 11/20/25

Item Transmitted:

| | | | | |
|---|---|---|---|---|
| ☑ | **Notice of Appeal  (Interlocutory)** | **Docket #:** 152 | **Date Filed:** 12/4/25 |
| ☐ | **Amended Notice of Appeal** | **Docket #:** | **Date Filed:** |
| ☐ | **Cross Appeal** | **Docket #:** | **Date Filed:** |
| ☑ | **Motion for Leave to Appeal** | **Docket #:** 152 | **Date Filed:** 12/4/25 |
| ☐ | **Request for Certification of Direct Appeal** | **Docket #:** | **Date Filed:** |

**Appellant/Cross Appellant:**

Divya Gokulnath

**Appellee/Cross Appellee**

BYJU's Alpha, Inc

**Counsel for Appellant/Cross Appellant:**

Daniel P. Hogelberg
824 N. Market St, Suite 1001A
Wilmington, DE  19801
(Additional attorney on notice of appeal)

**Counsel for Appellee/Cross Appellee:**

Robert S. Brady
Kenneth J. Enos
Jared W. Kochenash
1000 N. King St
Wilmington, DE  19801 **

| | | | |
|---|---|---|---|
| **Filing fee paid?** | Yes ◯ | No ⦿ |
| **IFP application filed by applicant?** | Yes ◯ | No ⦿ |
| **Have additional appeals of the same order been filed?** | Yes ◯ | No ⦿ |
| ***If Yes, has District Court assigned a Civil Action Number?** | Yes ◯ | No ⦿ |
| **Civil Action Number:** | | |

*(continued on next page)*

**Notes:**     ** Additional attorneys for Appellee are listed on notice of appeal.

(See also interested party: Intervenor listed on notice of appeal)

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 12/8/25                              /s/ Kimberly Ross

                                        **by:**_____

                                              **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    BAP 25-61