IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE BYJU'S ALPHA, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Bankr. No. 24-10140 (BLS) |
| | ) | |
| BYJU's ALPHA, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | Adv. No. 25-50526 (BLS) |
| v. | ) | |
| | ) | |
| BYJU RAVEENDRAN, DIVYA | ) | |
| GOKULNATH, and ANITA KISHORE, | ) | |
| | ) | C.A. No. 25-mc-497 (MN) |
| Defendants. | ) | |

## ORDER

At Wilmington, this 23rd day of July 2026;

WHEREAS, on July 1, 2026, this Court issued its Order to Show Cause (D.I. 2) ("the Show Cause Order"), directing movant, Ms. Gokulnath, to withdraw her pending Motion for Leave to Appeal (D.I. 1) or otherwise show cause in writing why it should not be denied, no later than July 7, 2026, and further advised that "[f]ailure to comply with the deadline contained in this Order may result in the dismissal of the Proceeding without further notice"; and

WHEREAS, the docket reflects that no notice of withdrawal or other response has been filed with respect to the Show Cause Order;

THEREFORE, IT IS HEREBY ORDERED that the Motion for Leave to Appeal (D.I. 1) is DENIED. The Clerk is directed to CLOSE C.A. No. 25-mc-497 (MN).

_Maryellen Noreika_
The Honorable Maryellen Noreika
United States District Judge